```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         4:05CR3121
                               )
      v.                       )
                               )
GUILLERMO NIETO-NOGUEZ,        )           ORDER
                               )
            Defendant.         )
                               )
```

Upon the defendant's oral motion to enter a change of plea and request for hearing,

IT IS ORDERED,

1. Defendant's change of plea hearing is scheduled before the undersigned on January 11, 2006 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 28th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge