IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| GUILLERMO NIETO-NOGUEZ,, | ) | ORDER RESCHEDULING SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the sentencing hearing for the defendant, Guillermo Nieto-Noguez, is rescheduled and shall commence at 1:30 p.m. on April 6, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for said hearing.

    DATED this 3rd day of April, 2006.

                                      BY THE COURT:

                                      s/ Warren K. Urbom
                                      United States Senior District Judge